| | |
|---|---|
| 1 | Stacy L. Fode, Esq. (SBN 199883) |
| | fode@brownlawgroup.com |
| 2 | Tara M. Jacobson, Esq. (SBN 265622) |
| | jacobson@brownlawgroup.com |
| 3 | BROWN LAW GROUP |
| | 600 B Street, Suite 1650 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 330-1700 |
| 5 | Facsimile:  (619) 330-1701 |

*Attorneys for Defendant/Counter-claimant/Cross-claimant/Third-Party Plaintiff,*
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA CORONA, | Case No.: 3:13-CV-01270-NC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MELISSA P. FULTON, and WHITNEY J. FULTON | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendant/Counter-claimant/Cross-Claimant/Third-Party Plaintiff The Prudential Insurance Company of America's Motion for Administrative Relief for Leave to Continue Initial Case Management Conference in this action is hereby granted.

The Court continues the initial Case Management Conference from June 19, 2013 to August 14, 2013, at 3:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

---

1 | The parties must file a joint case management statement by August 7, 2013.

2 | **IT IS SO ORDERED.**

3 | Dated: June 11, 2013

4 | HON. NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

---

*Corona v. The Prudential Insurance Company of America, et al.*   Case No.: 3:13-CV-01270-NC
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF   Page **2** of **2**