Stacy L. Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Tara M. Jacobson, Esq. (SBN 265622)
jacobson@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile:  (619) 330-1701

*Attorneys for Defendant/Counter-claimant/Cross-claimant/Third-Party Plaintiff,*
The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA CORONA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MELISSA P. FULTON, and WHITNEY J. FULTON<br><br>　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No.: 3:13-CV-01270-NC<br><br>**[PROPOSED] ORDER GRANTING THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendant/Counter-claimant/Cross-Claimant/Third-Party Plaintiff The Prudential Insurance Company of America's Motion for Administrative Relief for Leave to Continue Initial Case Management Conference in this action is hereby granted.

The Court continues the initial Case Management Conference from June 19, 2013 to August 14, 2013, at 3:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

1     The parties must file a joint case management statement by August 7, 2013.

2     **IT IS SO ORDERED.**

3     Dated: June 11, 2013         _____

4                               HON. NATHANAEL M. COUSINS
                              UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*