# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMIDA CORONA, | Case No. 13-cv-01270 NC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 14 |
| THE PRUDENTIAL INSURANCE CO., MELISSA P. FULTON, and WHITNEY J. FULTON, | |
| Defendants. | |

On August 7, 2013, the parties filed a notice of settlement and stated that they would file an order of dismissal once they had finalized the settlement agreement.  Accordingly, the Court CONTINUES the case management conference currently set for August 14, 2013 to September 11, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco.  By September 4, 2013, the parties must consent to or decline the jurisdiction of a Unites States magistrate judge by filing one of the attached notices.

IT IS SO ORDERED.

Date: August 8, 2013

Nathanael M. Cousins
United States Magistrate Judge